1410

# CASE ANNOUNCEMENTS

*February 18, 2014*

[Cite as *02/18/2014 Case Announcements #2*, 2014-Ohio-571.]

## MOTION AND PROCEDURAL RULINGS

**2014–0255. State v. Shorter.**
Mahoning App. No. 12 MA 55. This cause is pending before the court as a jurisdictional appeal. Upon consideration of appellant's motion for immediate stay of the court of appeals' judgment, it is ordered by the court that appellee shall file a response, if any, to the motion for immediate stay no later than 12:00 p.m. on Friday, February 21, 2014.

# CASE ANNOUNCEMENTS

*February 19, 2014*

[Cite as *02/19/2014 Case Announcements*, 2014-Ohio-566.]